**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tyreze HUGHES, a/k/a Tony Jermain Milton, Defendant–Appellant.**

No. 12–7358.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2012.

Decided: Dec. 26, 2012.

Tyreze Hughes, Appellant Pro Se. Robert Nicholas Bianchi, Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed as modified by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM.

Tyreze Hughes seeks to appeal the district court's margin order that denied his "motion for additional jail time credit." We conclude that the district court did not have jurisdiction to consider Hughes's claim because such claims, which challenge the execution of a sentence, must be filed in a petition under 28 U.S.C. § 2241 (2006), in the district court where the prisoner is confined. *United States v. Miller,* 871 F.2d 488, 489–90 (4th Cir.1989). Hughes currently is confined in Beaver, West Virginia, but he filed the instant petition in the sentencing court in the District of South Carolina. Because the district court lacked jurisdiction, we affirm the denial of relief, as modified to reflect that the dismissal is without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED.*